No. 14,039.

MENDEL AND SON WRECKING AND LUMBER COMPANY *v.*
CARPENTER ET AL.
(62 P. [2d] 1407)

Decided November 23, 1936.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Burke sitting for Mr. Chief Justice Campbell. Mr. Justice Bouck not participating.

Mr. REED BABCOCK, Mr. SAM F. DAVIS, for plaintiff in error.

Mr. L. R. TEMPLE, Mr. FANCHER SARCHET, for defendants in error.